IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAMES PANIGADA,<br><br>    Plaintiff,<br><br>v.<br><br>GMC, aka GENERAL MOTORS CORPORATION,<br><br>    Defendant. | No. C 05-3602 CRB<br><br>**ORDER OF REMAND** |

    Plaintiff filed a complaint in state court alleging a products liability cause of action against defendant on July 13, 2005. On September 7, 2005, defendant filed a Notice of Removal with this Court pursuant to diversity jurisdiction under 28 U.S.C. § 1441(b). In that notice, defendant failed to establish by a preponderance of the evidence that the a amount-in-controversy exceeded $75,000, the amount required to invoke diversity jurisdiction. See Sanchez v. Monumental Life Ins. Co., 102 F.3d 398, 404 (9th Cir. 1996). The Court filed an Order to Show Cause as to the amount-in-controversy on September 13, 2005. On September 22, 2005, defendant filed a Response to the Order to Show Cause in which it conceded that it could not show that the amount-in-controversy would exceed $75,000. As a result, defendant has failed to meet its burden to remove the matter to federal court under diversity jurisdiction. "Where doubt regarding the right to removal exists, a case should be

remanded to state court." <u>Matheson v. Progressive Specialty Ins. Co.</u>, 319 F.3d 1089, 1090 (9th Cir. 2003).  Accordingly, this case is hereby REMANDED to state court.

    **IT IS SO ORDERED.**

Dated: October 3, 2005

CHARLES  R. BREYER
UNITED STATES DISTRICT COURT

G:\CRBALL\2005\3602\remand.wpd    2